ILLINOIS SEWING MACHINE COMPANY *v.* WHILDEN.

BECK, J. 1. This case was brought under the trader's act of 1881 (Civil Code, §2716). As has been frequently ruled, this act is to be construed strictly; and to entitle creditors to the relief provided for therein, it must appear that the debtor was engaged in business as a trader at the time of the filing of the petition. *Mercer* v. *Houston Guano Co.,* 95 *Ga.* 359.

2. It appearing, from the evidence, that the defendant, at the time of the filing of the plaintiff's petition, had ceased to be a trader, the judge properly refused to grant an injunction and appoint a receiver.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted February 18,—Decided April 13, 1907.

Petition for injunction. Before Judge Parker. Coffee superior court. October 10, 1906.

*Rogers & Heath,* for plaintiff.

*F. Willis Dart* and *Charles T. Roan,* for defendant.